

# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2018

No. 04-18-00435-CV

**IN THE INTEREST OF J.C., I.C., AND A.C.**,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA01998
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

The court reporter's request for additional time to file the reporter's record is granted. We order the court reporter, Elva G. Chapa, to file the reporter's record by July 20, 2018.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court